IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated,**<br><br>                          **Plaintiff,**<br><br>              -v-<br><br>**DUNK & BRIGHT FURNITURE CO., INC.,**<br><br>                          **Defendant.** | **Civil Case Number:  1:22-cv-06858-JGK** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDIC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:         December 8, 2022


<u>/s/ Yitzchak Zelman</u>
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Seana Cromitie*